UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| HORTON HOWARD ENSLEY, JR., | ) | 3:15-cv-00585-RCJ-WGC |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | February 2, 2016 |
| HUMBOLDT GENERAL HOSPITAL, et al., | ) | |
| Defendants. | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to withdraw his Emergency Plea filed as ECF No. 2. (ECF No. 10.) Plaintiff states he is no longer physically able to pursue the Winnemucca Hotel Matter and "would like to rescind and vacate that." (*Id*.)

Plaintiff's motion (ECF No. 10) is granted and his motion ECF No. 2 is withdrawn.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   <u>    /s/                              </u>
         Deputy Clerk