# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HORTON HOWARD ENSLEY, JR.,

    Plaintiff,

vs.

HUMBOLDT GENERAL HOSPITAL, *et al.,*

    Defendants.

Case No.: 3:15-CV-00585-RCJ-WGC

**ORDER**

IT IS ORDERED that pursuant to Local Rule 41-1.  If no action is taken in this case within twenty (20) days, the Court will dismiss the action for want of prosecution.

**Local Rule 41-1 provides as follows:**

"All civil actions that have been pending in this court for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte or on the motion of an attorney or pro se party."

Be advised the official record in this action reflects that this case has been pending for TWO HUNDRED EIGHTY THREE (283) days without any proceeding having been taken during such period.

"Before dismissing the action, the district court is required to weigh several factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its

///

docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions." Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995) (internal citations and quotations omitted).  All five factors point in favor of dismissal.

  If no action is taken in this case **on or before FRIDAY, MARCH 31, 2017,** the Court will dismiss this action for want of prosecution and the Clerk of the Court shall enter final judgment accordingly.

  DATED this 10th day of March, 2017.

_____
ROBERT C. JONES
United States District Judge